UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HUNG XUONG LAM,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>KEN CLARK, Warden,<br><br>　　　　　　Respondent. | No. CV 10-4418 AHM (FFM)<br><br>JUDGMENT |

　　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: December 5, 2011

**JS-6**

　　　　　　　　　　　　　　　　　　　A. HOWARD MATZ
　　　　　　　　　　　　　　　　　　　United States District Judge